IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>                Plaintiff,<br><br>        v.<br><br>BENEVIOUS, et al.,<br><br>                Defendants. | No. 2:22-CV-1364-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 2, asking that the Clerk of the Court file his complaint. Plaintiff's motion is denied as unnecessary because leave of Court is not required for Plaintiff to file a complaint. The docket reflects that Plaintiff's complaint was filed on August 1, 2022. See ECF No. 1. The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

       IT IS SO ORDERED.

Dated: September 12, 2022

                                      _____<br>
                                      DENNIS M. COTA<br>
                                      UNITED STATES MAGISTRATE JUDGE