IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>BENEVIOUS, et al.,<br><br>    Defendants. | No. 2:22-CV-1364-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, for leave to file a first amended complaint.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

///

///

1         Here, Plaintiff's original complaint has not been served and no defendant has answered or filed a motion under Rule 12. Therefore, leave to amend is not necessary. While Plaintiff's motion will be denied, Plaintiff may proceed with amending given the current status of the pleadings. The Court will defer screening of Plaintiff's original complaint to allow Plaintiff an opportunity to file a first amended complaint. If no first amended complaint is filed within 30 days of the date of this order, however, the action will proceed on the original complaint.

        Accordingly, IT IS HEREBY ordered that Plaintiff's motion for leave to amend, ECF No. 11, is denied as unnecessary.

Dated: November 18, 2022

                                     DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE