IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:22-CV-1364-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BENEVIOUS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time. See ECF No. 18.

In his motion, Plaintiff seeks an extension of any currently deadlines, otherwise unspecified. See id. Plaintiff's motion will be denied because there are no currently pending deadlines. The sufficiency of Plaintiff's first amended complaint will be addressed by the Court by separate order.

Accordingly, IT IS HERREBY ORDERED that Plaintiff's motion for an extension of time, ECF No. 18, is DENIED as unnecessary.

Dated: January 31, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1