IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>BENEVIOUS, et al.,<br><br>  Defendants. | No. 2:22-CV-1364-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are various motions filed by Plaintiff.  See ECF Nos. 21, 22, 23, and 24.

On June 25, 2024, the undersigned issued findings and recommendations that Plaintiff's motion for in forma pauperis status be denied and that Plaintiff be directed to pay the filing fees for this case.  See ECF No. 25.  Plaintiff has filed objections, and the findings and recommendations are pending before the District Judge for final review.  In the pending motions, Plaintiff seeks: (1) an order exercising supplemental jurisdiction over unspecified claims, ECF Nos. 21 and 24; (2) an order granting in forma pauperis status, ECF No. 22; and (3) an order regarding venue, ECF No. 23.  These motions will be denied without prejudice to renewal if the District Judge declines to adopt the June 25, 2024, findings and recommendations or upon payment of fees if the District Judge adopts the June 25, 2024, findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions, ECF Nos. 21, 22, 23, and 24, are DENIED without prejudice.

Dated: January 29, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2