IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>BENEVIOUS, et al.,<br><br>    Defendants. | No.  2:22-CV-1364-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On June 25, 2024, the Magistrate Judge filed Findings and Recommendations herein which were served on the Parties, and which contained notice that the Parties may file objections within the time specified therein.  (*See* ECF No. 25.)  Plaintiff filed timely objections to the Findings and Recommendations.  (*See* ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Findings and Recommendations (ECF No. 25) filed June 25, 2024, are ADOPTED in full;
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 3) is DENIED;
3. Plaintiff shall pay the $350.00 filing fees for this action within 30 days of the date of this order, and Plaintiff is cautioned that failure to comply may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders; and
4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 20, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE